UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IATRIC SYSTEMS, INC.,
  *Plaintiff,*

v.                                              No. 24-cv-13116-NMG

HAMILTON HEATH SCIENCES CORP.,
  *Defendant.*

## REPORT AND RECOMMENDATION ON DEFENDANT'S PARTIAL MOTION TO DISMISS

LEVENSON, U.S.M.J.

### INTRODUCTION

This matter arises from a dispute between a software company and a customer regarding the customer's alleged violation of its software licensing agreement. Plaintiff, Iatric Systems, Inc. ("Iatric"), alleges that Defendant, Hamilton Health Sciences Corp. ("HHS"), gave unauthorized users access to the software that Iatric licensed to HHS, in violation of the parties' contract. Based on the alleged conduct, Iatric asserts claims for breach of contract and for violations of statutory and common-law trade secret protections.

HHS has moved to dismiss the trade secret-related counts, arguing that they fail to state a claim. HHS has not moved to dismiss the breach of contract claim.

As set forth below, Iatric's Complaint does not adequately describe any actionable theft or misuse of a trade secret or other violation of confidential information protections. Accordingly, I recommend that the trade secret-related counts be dismissed under Rule 12(b)(6).

*Report and Recommendation is accepted and adopted.*

*/s/ NMGorton, SUSDJ  08/06/2025*